IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID ANTOINE HANLEY                  PLAINTIFF

v.                  No. 5:14-cv-228-DPM

BRAD VILCHES, Traffic Patrol Officer,
Pine Bluff Police Department, and
GORDON, Officer, Pine Bluff Police
Department                  DEFENDANTS

## ORDER

There's been no action on the docket in this case for more than ten months. Status reports due by 1 June 2015. Unless Hanley provides proof of service or shows good cause, the Court will dismiss the claims against Gordon without prejudice for failure to serve process.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2015