IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID ANTOINE HANLEY                                                    PLAINTIFF

v.                           No. 5:14-cv-228-DPM

BRAD VILCHES, Traffic Patrol Officer,
Pine Bluff Police Department, and
GORDON, Officer, Pine Bluff Police
Department                                                              DEFENDANTS

## ORDER

The Court warned Hanley that if he did not provide proof of service or show good cause, the Court would dismiss his claims against Gordon without prejudice. № 9. Hanley has not responded, and the time to do so has passed. Hanley's claims against Gordon are dismissed without prejudice for failure to serve process.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2015