IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID ANTOINE HANLEY                                            PLAINTIFF

v.                              No. 5:14-cv-228-DPM

BRAD VILCHES, Traffic Patrol Officer,
Pine Bluff Police Department                                   DEFENDANT

## ORDER

1. The Court hasn't heard from Hanley since he filed this case sixteen months ago. And mail sent to his last known address came back undelivered. № 18. Hanley must update his address with the Clerk of Court by 20 November 2015. If he doesn't, then his complaint will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

2. It appears Hanley is now housed at the Arkansas Department of Correction. № 18 at 1. The Court therefore directs the Clerk to send a copy of this Order to Hanley at the Randall L. Williams Correctional Facility, 7206 West 7th Avenue, Pine Bluff, Arkansas 71603.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 October 2015