IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID ANTOINE HANLEY                                                                PLAINTIFF

v.                                       No. 5:14-cv-228-DPM

BRAD VILCHES, Traffic Patrol Officer,
Pine Bluff Police Department                                                        DEFENDANT

ORDER

Hanley hasn't responded to the Court's 21 October 2015 Order; and the time to do so has passed. № 19. His remaining claims will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 November 2015