IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID ANTOINE HANLEY                                          PLAINTIFF

v.                      No. 5:14-cv-228-DPM

BRAD VILCHES, Traffic Patrol Officer,
Pine Bluff Police Department; PINE BLUFF
POLICE DEPARTMENT; and GORDON,
Officer, Pine Bluff Police Department                          DEFENDANTS

## JUDGMENT

1. Hanley's claims against the Pine Bluff Police Department are dismissed with prejudice.

2. Hanley's claims against Gordon and Vilches are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 November 2015